# Exhibit A

# ROUND TABLE PIZZA
# INSURANCE POLICY SCHEDULE
# CURRENT POLICIES AS OF FEBRUARY 1, 2011

| Insured | Carrier | Policy No. | Description | Policy Term | Annual Cost | Remaining Balance | Payable To | Acct. No. |
|---|---|---|---|---|---|---|---|---|
| RTP/RTDC/RTFC | Fireman's Fund Insurance | WZC80985548 | Workers' Compensation | 6/30/10-6/30/11 | $ 1,387,416.00 | $ 513,410.00 | Fireman's Fund Insurance, Dept. LA 7166 Pasadena, CA 91109-7166 | 617808 |
| RTP/RTDC/RTFC | Chartis Insurance | BE19714903 | Umbrella Liability | 6/1/10-7/1/11 | $ 155,250.00 | $ 40,194.00 | Imperial Credit Corporation Dept. 7615 Los Angeles, CA 90084-7615 | 160110746293 |
| RTP/RTFC | Lloyds of London, c/o Worldwide Facilities | WB0003599 | Difference in Conditions (Earthquake) | 6/1/10-6/1/11 | $ 2,725.60 | $ - | EPIC 3000 Executive Pkwy Ste 325 San Ramon, CA 94583 | RTPINC |
| RTP/RTFC | Fireman's Fund Insurance | IEX48201420 | Foreign Workers' Compensation | 5/5/10-5/5/11 | $ 2,500.00 | $ - | Fireman's Fund Insurance, Dept. LA 7166 Pasadena, CA 91109-7166 | 604545 |
| RTDC | Fireman's Fund Insurance | MXG80922565 | Business Package | 7/1/10-7/1/11 | $ 580,017.00 | $ 256,176.64 | Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | 5078960 |
| RTDC | First Mercury, c/o Swett & Crawford | PLMA000321 | Employment Practices Liability | 7/1/10-7/1/11 | $ 61,486.25 | (Incl. in $256,176.64) | Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | 5078960 |
| RTP/RTFC | Fireman's Fund Insurance | MXG80922097 | Business Package | 7/1/10-7/1/11 | $ 17,543.00 | (Incl. in $256,176.64) | Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | 5078960 |
| RTP/RTFC | Chubb Executive Risk, c/o Swett & Crawford | 81562283 | Directors & Officers Liability/ Fiduciary Liability | 7/1/10-7/1/11 | $ 53,000.00 | (Incl. in $256,176.64) | Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | 5078960 |
| RTP/RTFC | Federal Insurance, c/o Swett & Crawford | 79412398 | Fiduciary Dishonesty | 7/1/10-7/1/11 | $ 1,585.00 | (Incl. in $256,176.64) | Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | 5078960 |
| RTP/RTFC | Allied World Assurance, c/o Swett & Crawford | 3057171 | Excess Fiduciary Liability | 7/1/10-7/1/11 | $ 16,830.00 | (Incl. in $256,176.64) | Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | 5078960 |
| RTP/RTFC | Admiral Insurance, c/o Swett & Crawford | 4962532 | Employment Practices Liability | 7/1/10-7/1/11 | $ 7,176.08 | (Incl. in $256,176.64) | Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | 5078960 |
| Total: | | | | | $ 2,285,528.93 | $ 809,780.64 | | |

There is also a balance due on expired Fireman's Fund Policy No. MZG80919528 in the amount of $16,761 for the 6/1/10-7/1/10 policy term due to an accounting error. Payment terms are being negotiated.