MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
MARIANNE M. DICKSON (CSBN 249737)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

MICHAEL ST. JAMES (CSBN) 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Ste. 1004
San Francisco CA 94104
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Round Table Pizza Inc.,<br><br>Debtor. | Case Nos. 11-41431 RLE<br><br>(Jointly Administered with Case Nos. 11-41432 RLE, 11-41433 RLE, and 11-41434 RLE)<br><br>Chapter 11<br><br>***EX PARTE* APPLICATION TO APPROVE DESIGNATION OF RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1** |

Round Table Pizza, Inc., The Round Table Franchise Corporation, Round Table Development Company, and Round Table Pizza Nevada LLC, which is wholly owned by Round Table Development Company, the joint debtors and debtors in possession in the above captioned Chapter 11 reorganization cases (collectively "<u>Round Table</u>" or the "<u>Debtor</u>"), hereby jointly move the Court for an order appointing Ted Storey, Secretary and General Counsel of Round Table, as the individual responsible for duties and obligations each Debtor.

1     The contact information for Mr. Storey is as follows:

2                                Ted Storey
                 1320 Willow Pass Road, Suite 600

3                          Concord, CA 94520
                       Tel: (925) 969-3900

4                        Fax: (925) 969-3978

5     WHEREFORE, Round Table prays that the Court enter its Order appointing Ted Storey,

6 its Secretary and General Counsel, the natural person to be responsible for the duties and

7 obligations of each Debtor herein in accordance with Bankruptcy Local Rule 4002-1.

9 DATED: February 14, 2011          Respectfully submitted,

13                              By:     */s/ Ted Storey*
                                    Ted Storey
                                    Secretary and General Counsel of Debtor