1  MCNUTT LAW GROUP LLP
   SCOTT H. MCNUTT (CSBN 104696)
2  SHANE J. MOSES (CSBN 250533)
   MARIANNE M. DICKSON (CSBN 249737)
3  188 The Embarcadero, Suite 800
   San Francisco, California 94105
4  Telephone: (415) 995-8475
   Facsimile: (415) 995-8487
5
   MICHAEL ST. JAMES (CSBN 95653)
6  ST. JAMES LAW, P.C.
   155 Montgomery Street, Ste. 1004
7  San Francisco CA 94104
   Telephone:  (415) 391-7566
8  Facsimile: (415) 391-7568

9
   Proposed Attorneys for Debtor
10

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 11-41431 RLE |
| Round Table Pizza, Inc., | (Jointly Administered with Case Nos. 11-41432 RLE, 11-41433 RLE, and 11-41434 RLE) |
| Debtor. | |
| | Chapter 11 |
| | ***EX PARTE* APPLICATION FOR ORDER AUTHORIZING POST-PETITION COMPANY CREDIT CARDS** |

Round Table Pizza, Inc., The Round Table Franchise Corporation, Round Table Development Company, and Round Table Pizza Nevada LLC, which is wholly owned by Round Table Development Company, the joint debtors and debtors-in-possession in the above captioned Chapter 11 reorganization cases (collectively "Round Table" or the "Debtor"), hereby jointly submit this *ex parte* application for an order authorizing post-petition borrowing by Round Table to the extent of credit card accounts with a maximum combined limit of $54,000.00 for use by employees engaged in Round Table business to pay for reimbursable business expenses (the "Application to Approve Credit Cards"). In support of this Application to Approve Credit Cards, Round Table respectfully represents as follows:

On February 11, 2011, at 10:30 a.m., Round Table's motions on various first day matters came before the Court for emergency hearing (the "First Day Hearing"). During the course of the First Day Hearing, Round Table moved orally for authorization to borrow post-petition through credit card accounts used by certain employees for reimbursable business expenses. There being no opposition, the Court granted the motion.

As a restaurant chain with 355 franchise stores and 128 company-owned stores, Round Table has a substantial need for certain employees to travel from time to time. In particular, there is a small group of Field Employees whose primary job responsibility involves traveling from store to store to ensure that Round Table's operations run smoothly and consistently. This job function is very important to Round Table's operations.

There are approximately nine Round Table Field Employees whose jobs involve constant travel, and who have company credit cards (the "Company Cards") in order to facilitate this. Because of these employees' personal situations and because of the amount of travel their jobs involve, it is not possible for them to pay for job-related travel expenses out of their personal funds and then seek reimbursement from Round Table. Instead, they each use a Company Card to pay for reimbursable travel expenses. The Company Cards are used exclusively for reimbursable job-related expenses incurred while working for Round Table. No member of Senior Management or Corporate Staff has a Company Card.

1  The Company Cards are currently issued by Wells Fargo Bank ("Wells Fargo"). Both the respective employee and Round Table are liable to the issuer to pay amounts charged to a Company Card. Round Table's agreement with Wells Fargo includes a total aggregate credit cap on Company Cards of $54,000. The Company Cards presently issued have a combined total credit limit of approximately $36,000.

Round Table believes it may be able to obtain more favorable terms from another issuer. Consequently, it seeks authorization for borrowing through Company Cards up to the current credit limit, whether from Wells Fargo through its existing card agreement or a new agreement, or from another issuer.

As requested by the Court, Round Table will bring a separate noticed motion regarding payment of the approximately $23,000 owed to Wells Fargo pre-petition on the Company Cards.

The Court having granted, on Round Table's oral motion, authorization for post-petition borrowing to the extent of the current agreement for the Company Cards, Round Table now seeks, by this *ex parte* application, entry of a written order on the relief granted by the Court.

**WHEREFORE**, Round Table respectfully requests entry of an Order:

1. Authorizing Round Table to obtain unsecured credit and incur unsecured debt up to a maximum amount of $54,000.00, for the purpose of providing Company Cards for use by its employees, provided that such Company Cards may be used only for reimbursable expenses incurred in the course of the employees' work for Round Table; and

2. For such other relief as the Court deems just and proper.

DATED: February 17, 2011          MCNUTT LAW GROUP LLP

By:     */s/ Shane J. Moses*
        Shane J. Moses
        Proposed Attorneys for Debtor