1  MCNUTT LAW GROUP LLP
   SCOTT H. MCNUTT (CSBN 104696)
2  SHANE J. MOSES (CSBN 250533)
   MARIANNE M. DICKSON (CSBN 249737)
3  188 The Embarcadero, Suite 800
   San Francisco, California 94105
4  Telephone: (415) 995-8475
   Facsimile: (415) 995-8487
5
   MICHAEL ST. JAMES (CSBN 95653)
6  ST. JAMES LAW, P.C.
   155 Montgomery Street, Ste. 1004
7  San Francisco CA 94104
   Telephone: (415) 391-7566
8  Facsimile: (415) 391-7568

9  Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 11-41431 RLE |
| Round Table Pizza, Inc., | (Jointly Administered with Case Nos. 11-41432 RLE, 11-41433 RLE, and 11-41434 RLE) |
| Debtor. | |
| | Chapter 11 |
| | ***EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

1    Round Table Pizza, Inc., The Round Table Franchise Corporation, Round Table
2    Development Company, and Round Table Pizza Nevada LLC, the jointly administered debtors
3    and debtors-in-possession in the above captioned Chapter 11 reorganization cases (collectively
4    "Round Table" or the "Debtor"), hereby jointly submit this *ex parte* application for an order
5    extending time to file schedules and their statement of financial affairs pursuant to Federal Rule of
6    Bankruptcy Procedure 1007(c) (the "Application to Extend Time").  In support of this Application
7    to Extend Time, Round Table respectfully represents as follows:

8    Round Table filed its voluntary petitions under Chapter 11 of title 11 of the United States
9    Code on February 9, 2011 (the "Petition Date").

10   There are two core aspects to Round Table's business: acting as a franchisor to
11   independent third party owner-operators and operating company-owned stores.  Round Table
12   currently has 355 franchised stores, owned and operated by 148 franchisees.  Round Table also
13   operates 128 company-owned stores.

14   A more complete presentation of Round Table's background, the circumstances which led
15   to the instant Chapter 11 filing, and Round Table's expectations regarding its reorganization is set
16   forth in the DECLARATION OF J. ROBERT MCCOURT IN SUPPORT OF FIRST DAY MOTIONS filed on
17   February 9, 2011 [docket no. 13].

18   Because of the size and nature of Round Table's operations, preparing complete and
19   accurate schedules and a statement of financial affairs within the time provided by Rule 1007(c)
20   would be impractical, or at least extremely burdensome.  Round Table believes that a brief
21   extension of time would not prejudice the rights of its creditors.  Further, Round Table believes
22   this would be in the best interests of all parties, as it would facilitate preparation of more complete
23   and accurate documents.

24   Round Table's counsel has contacted the Office of the United States Trustee, and has been
25   advised that the United States Trustee does not object to a brief extension of time for Round Table
26   to file its schedules and statement of financial affairs.

27   / / /
28   / / /

**WHEREFORE**, Round Table respectfully requests entry of an Order:

1. That Round Table's deadline for filing its schedules and its statement of financial affairs is extended to March 14, 2011, without prejudice to applications for additional extensions of time for good cause shown; and

2. For such other and further relief as the Court deems just and proper.

DATED: February 18, 2011                    MCNUTT LAW GROUP LLP


By: _____/s/ *Scott H. McNutt*_____
    Scott H. McNutt
    Attorneys for Debtor