1  Thomas J. Leanse (Cal. Bar No. 084638)
   Brian D. Huben (Cal. Bar No. 134354)
2  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
3  Los Angeles, CA 90067-3012
   310.788.4400 (telephone)
4  310.788.4471 (facsimile)

5  Attorneys for Landlord Creditors
   West Valley Properties, Inc. and
6  Watt Companies

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                          **(OAKLAND)**

11  In re:                          )   Chapter 11
                                    )
12  ROUND TABLE PIZZA, INC.,        )   Case No. 11-41431 (RLE)
                                    )
13              Debtor.             )   **JOINDER OF VARIOUS LANDLORDS TO**
                                    )   **LIMITED OPPOSITION TO DEBTOR'S**
14                                  )   **MOTION FOR ORDER AUTHORIZING**
                                    )   **USE OF CASH COLLATERAL**
15                                  )
                                    )   Date:    February 24, 2011
16                                  )   Time:    1:30 p.m.
                                    )   Place:   U.S. Bankruptcy Court
17                                  )            1300 Clay Street, 2nd Fl.
                                    )            Oakland, CA   94612
18

19          West Valley Properties, Inc. and Watt Companies as agents for the landlords of Olivera

20  Plaza, Concord, CA, and North Mesa Plaza, Las Vegas, NV, hereby join in the Limited Opposition

21  to Debtor's Motion for Order Authorizing Use of Cash Collateral filed as Docket No. 72, and related

22  to Docket No. 6.

23  Dated:  February 21, 2011            KATTEN MUCHIN ROSENMAN LLP
                                         Thomas J. Leanse
24                                       Brian D. Huben

25

26                                       By:   */s/ Brian D. Huben*
                                               Brian D. Huben
27                                             Attorneys for Landlord Creditors
                                               West Valley Properties, Inc. and
28                                             Watt Companies

                                         1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

       On February 21, 2011, I served the foregoing document described as **JOINDER OF VARIOUS LANDLORDS TO LIMITED OPPOSITION TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

Scott H. McNutt, Esq.
Marianne Dickson
McNutt Law Group
188 The Embarcadero, Suite 800
San Francisco, CA 94105
E-mail: smcnutt@ml-sf.com
E-mail: mdickson@m1-sf.com

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

**(X)** **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On February 21, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X)** **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**( )** **BY FACSIMILE -** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.  Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       Executed on February 21, 2011, at Los Angeles, California.


                                         */s/ Adelle Shafer*
                                           Adelle Shafer