```
 1  WILLIAM A. VAN ROO SBN 100414
    WILLIAM A. VAN ROO, PC
 2  13863 Quarterhorse Dr.
    Greass Valley, CA 95949
 3  (530) 268-8498
    (800) 559-4118  (Facsimile)
 4
    Attorneys for GREEN VALLEY CORPORATION
 5
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

In re:

ROUND TABLE PIZZA INC.,

 Debtor.
_____/

Chapter 11

**CASE NO. 11-414231 (REL)**
(Jointly Administered with Case Nos.
11-41432 RLE, 11-41433 RLE, and
11-41434 RLE)

**JOINDER OF GREEN VALLEY CORPORATION - LANDLORD - TO LIMITED OPPOSITION TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**

Date: February 24, 2011
Time: 1:30 p.m.
Place: U.S. Bankruptcy Court
       1300 Clay Street, 2nd Fl.
       Oakland, CA   94612

GREEN VALLEY CORPORATION hereby joins in the Limited Opposition to Debtor's Motion for Order Authorizing Use of Cash Collateral filed as Docket No. 72, and related to Docket No. 6.

Dated:  February 21, 2011        WILLIAM A. VAN ROO, PC
                                 WILLIAM A. VAN ROO


                                 _____
                                 Attorneys for Green Valley Corporation

JOINDER IN LIMITED OPPOSITION

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF NEVADA

I am employed in the County of Nevada, State of California. I am over the age of 18 and not a party to the within action. My business address is William A. Van roo, PC, 13863 Quarterhorse Dr., Grass Valley, CA 95949

On February 21, 2011, I served the foregoing document described as JOINDER OF GREEN VALLEY CORPORATION TO LIMITED OPPOSITION TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

Scott H. McNutt, Esq.
McNutt Law Group
188 The Embarcadero, Suite 800
San Francisco, CA 94105

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") - Pursuant Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 21, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

- Scott H. McNutt    SMcNutt@ml-sf.com
- Shane J. Moses    smoses@ml-sf.com, csnell@ml-sf.com
- Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
- Michael St. James    ecf@stjames-law.com
- Angie YC Tong    angie@mlnariklaw.com, mlnariklawecfnoticescanb@gmail.com

(X) (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Grass Valley, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) BY FACSIMILE - I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report"
confirming the status of transmission
I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose
direction the service was made.
Executed on February 21, 2011, at Grass Valley, CA

_____
William A. Van Roo