**The following constitutes
the order of the court. Signed February 22, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
MARIANNE M. DICKSON (CSBN 249737)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

MICHAEL ST. JAMES (CSBN 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Ste. 1004
San Francisco CA 94104
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Round Table Pizza, Inc.,<br><br>    Debtor. | Case No. 11-41431 RLE<br><br>(Jointly Administered with Case Nos. 11-41432 RLE, 11-41433 RLE, and 11-41434 RLE)<br><br>Chapter 11<br><br>**ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

The Court having considered the *Ex Parte* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS filed by Round Table Pizza, Inc., The Round Table Franchise Corporation, Round Table Development Company, and Round Table Pizza Nevada LLC, the jointly administered debtors and debtors-in-possession in the above captioned Chapter 11 reorganization cases (collectively "Round Table"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Round Table's deadline for filing its schedules and its statement of financial affairs is extended to March 14, 2011.

2. Round Table may seek further extension of the deadline for good cause shown.

The Certificate of Service for this Order is [Docket No. 74].

**APPROVED AS TO FORM AND CONTENT:**

Dated: February 18, 2011    OFFICE OF THE UNITED STATES TRUSTEE

By: _____/s/ *Lynette C. Kelly*_____
       Lynette C. Kelly

* * * END OF ORDER * * *