BARBARA A. MATTHEWS (SBN 195084)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
e-mail: lynette.c.kelly@usdoj.gov

Attorneys for AUGUST B. LANDIS,
Acting U.S. Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 11-41431 RLE
)
ROUND TABLE PIZZA, INC., )
) Chapter 11
)
Debtor. )
)
_____ )

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

NOTICE IS HEREBY GIVEN that, pursuant to 11 U.S.C. § 1102, the Acting United States Trustee hereby appoints the creditors whose names are set forth in Exhibit "1" attached hereto to serve on the Committee of Creditors holding unsecured claims.

Date: February 22, 2011

Barbara Matthews
Assistant United States Trustee

*Lynette C. Kelly*
Lynette C. Kelly
Trial Attorney

Attorneys for August B. Landis,
Acting United States Trustee

Appt. & Notice of Appt. of Comm. of Creditors
Holding Unsecured Claims, 11-41431 RLE     - 1 -

<u>Exhibit 1</u>

**CREDITORS' COMMITTEE**

Case No. 11-41431 RLE

| William Foley<br>212 Elder Court<br>San Ramon, CA 94582<br>Telephone: (925) 640-9777<br>e-mail: billfoley5@comcast.net | BDC 5 Mile Plaza, LP<br>c/o Browman Development Company, Inc.<br>1556 Parkside Drive<br>Walnut Creek, CA 94596<br>Attn: Mario Albert, General Counsel<br>Telephone: (925) 588-2229<br>Fax: (925) 588-2230<br>e-mail: malbert@browmandevelopment.com |
|---|---|
| Leone Advertising<br>2024 Santa Cruz Avenue<br>Menlo Park, CA 94025<br>Telephone: (650) 854-5895 ext. 535<br>Fax: (650) 854-7576<br>e-mail: Laurel@leonead.com | |