# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re *Round Table Pizza, Inc., a California* Corporation, et al.   Case No. *11-41431*
Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Scott H. McNutt*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| 1 | Round Table Employee Stock Ownership Trust<br>c/o Great Bank Trust Company<br>801 Warrenville Rd. Ste 500<br>Lisle, IL 60532 | | *100% Ownership Interest* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Beth Marshall* , *Officer* of the *corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *2/23/2011*

Signature: */s/ Beth Marshall*
Name: *Beth Marshall*
Title: *Officer*