McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
MARIANNE M. DICKSON (CSBN 249737)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

MICHAEL ST. JAMES (CSBN 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Ste. 1004
San Francisco CA 94104
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Round Table Pizza, Inc.,<br><br>Debtor. | Case No. 11-41431 RLE<br><br>(Jointly Administered with Case Nos. 11-41432 RLE, 11-41433 RLE, and 11-41434 RLE)<br><br>Chapter 11<br><br>**NOTICE OF CONTINUANCE OF HEARING ON LANDLORD MOTIONS, DISTRIBUTOR ASSUMPTION MOTION AND CASH COLLATERAL MOTION**<br><br>Judge: Hon. Roger Efremsky<br>Date: April 1, 2011<br>Time: 10:30 a.m.<br>Place: 1300 Clay Street, 2nd Floor<br>Oakland, CA |

PLEASE TAKE NOTICE THAT, in order to attempt to resolve concerns presented in the Reply Briefs submitted by the Creditors Committee, the hearing on the Landlord Motion, Docket No. 39, the Distributor Assumption Motion, Docket No. 45, and the Motion to Use Cash Collateral, Docket No. 6, previously set for March 11, 2011 at 10:30 a.m. shall be continued to April 1, 2011 at 10:30 a.m. in the Courtroom of the Honorable Roger Efremsky, United States Bankruptcy Judge, located on the Second Floor of 1300 Clay Street, Oakland, California. The Utilities Motion and the Lease Rejection Motions are **not** being continued.

DATED: March 10, 2011            RESPECTFULLY SUBMITTED

McNUTT LAW GROUP, LLP
ST. JAMES LAW, P.C.

By:       /s/ *Michael St. James*
          Michael St. James
          Proposed Attorneys for Debtor