Entered on Docket
March 16, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed March 16, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
MARIANNE M. DICKSON (CSBN 249737)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

MICHAEL ST. JAMES (CSBN 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Ste. 1004
San Francisco CA 94104
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Round Table Pizza, Inc.,<br><br>Debtor. | Case No. 11-41431 RLE<br><br>(Jointly Administered with Case Nos. 11-41432 RLE, 11-41433 RLE, and 11-41434 RLE)<br><br>Chapter 11<br><br>**THIRD ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL**<br><br>Judge: Hon. Roger Efremsky |

208464.1

The MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL (the "Cash Collateral Motion") of Round Table Pizza, Inc., Round Table Franchise Corporation, Round Table Development Company, and Round Table Pizza of Nevada, LLC, the joint debtors and debtors in possession in the above captioned Chapter 11 reorganization cases (collectively "Round Table" or the "Debtor") came before this Court on February 11, 2011. This Court entered the ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL (the "Initial Order") on February 14, 2011, pursuant to which the Court granted the Cash Collateral Motion on the terms set forth in such order and authorized Round Table to use cash collateral in accordance with, and subject to the terms of, such order through February 24, 2011. This Court entered the SECOND ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL (the "Second Interim Order") on February 23, 2011. The Court finding good cause appearing therefor,

IT IS HEREBY ORDERED that

1. A further hearing on the Cash Collateral Motion is set for April 1, 2011, at 10:30 a.m. before the Honorable Roger Efremsky, United States Bankruptcy Judge;

2. Unless terminated earlier pursuant to this Order and except as otherwise expressly provided herein, Round Table may use cash collateral in the ordinary course of its business through 5:00 p.m. on April 1, 2011 (the "Specified Period"), in accordance with the Budget attached hereto as Exhibit "A" (the "Budget"). Notwithstanding the foregoing, unless the Lenders otherwise agree in writing, Round Table's authorization to use cash collateral shall automatically terminate, excluding regularly scheduled payroll, in the event that:

    (i) its cash balance drops below $2.25 million as measured at the end of each week during the Specific Period;

    (ii) actual receipts from its restaurant operations drop below 90% of the "Restaurant" receipts reflected on the Budget as measured weekly on a cumulative basis from the start of the Budget through the then-current week;

    (iii) its cumulative actual operating disbursements exceed 110% of cumulative operating disbursements set forth in the Budget as measured weekly on a cumulative basis

from the start of the Budget through the then-current week and excluding from such calculation both the actual disbursement and the disbursements reflected on the Budget for (a) "Rent & CAM," (b) "Sales Tax," (c) "February Stub Rent" and (d) "Store Closure Costs" (collectively, the "Excluded Disbursements"); provided that, in the event that Round Table exceeds it cumulative "Restaurant" receipts during such measurement period, for purposes of calculating compliance with this clause (iii) the Budget amount for disbursements other than the Excluded Disbursements shall be deemed to be increased in the same proportion as actual "Restaurant" receipts exceed those reflected on the Budget for such measurement period; and

(iv) its cumulative actual disbursements for "Rent & CAM," "Sales Tax" and "Store Closure Costs" exceed 110% of the cumulative amount for such disbursements reflected on the Budget as measured weekly on a cumulative basis from the start of the Budget through the then-current week.

3. By noon on Thursday, March 17, 2011, and thereafter by the close of business on each Wednesday during the term of this Order, Round Table shall deliver to the Agent and the Official Committee, through counsel, a reconciliation showing (i) actual disbursements as well as actual cash receipts during the previous week compared with the amounts for such week set forth on the Budget, (ii) the cumulative actual disbursements and receipts for the period of the Budget through and including the previous week compared with the budgeted amounts for the corresponding period, and (iii) commencing on Wednesday, March 23, 2011, a summary of outstanding post-petition accounts payable as of the end of the previous week.

4. Round Table shall permit representatives, agents, employees, counsel and other advisors of the Lenders and the Official Committee to have reasonable access to Round Table's premises, records, personnel and advisors during normal business hours (without unreasonable interference with the proper operation of Round Table's businesses and upon reasonable prior notice) and shall cooperate with, and provide to such representatives, agents, employees , counsel and other advisors all such information as they may reasonably request.

5. The Agent, for and on behalf of itself, the Lenders and all other parties entitled to the benefit of liens or security interests under the pre-petition documentation between Round Table and the Lenders, is hereby granted replacement liens against Round Table's post-petition assets (other than rights and causes of action arising under Chapter 5 of the Bankruptcy Code) with the same nature, extent, validity and enforceability as their pre-petition liens, but solely to secure any diminution in the value of its collateral, with all interested parties reserving all rights with respect to the scope of the pre-petition collateral; Notwithstanding the foregoing, any such replacement liens shall be subordinated to the compensation and expense reimbursement (excluding professional fees) allowed to any trustee thereafter appointed in the case.

6. Round Table is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order; and

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**APPROVED AS TO FORM AND CONTENT:**
Dated: March 15, 2011        LATHAM & WATKINS LLP

By: ___*/s/ Gregory O. Lunt*___
         Gregory O. Lunt
Attorneys for General Electric Credit Corporation, as Agent for the Lenders

**APPROVED AS TO FORM AND CONTENT:**
Dated: March 15, 2011        BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: ___*/s/ Karol K. Denniston*___
         Karol K. Denniston
Counsel for the Official Creditors' Committee

* * * END OF ORDER * * *

# Exhibit A

**Round Table Pizza**
**Weekly Cash Report**

| Actuals/Forecast<br>Week Ending | Actuals<br>2/13/11 | Actuals<br>2/20/11 | Forecast<br>2/27/11 | Forecast<br>3/6/11 | Forecast<br>3/13/11 | Forecast<br>3/20/11 | Forecast<br>3/27/11 | Forecast<br>4/3/11 | Forecast<br>4/10/11 | Forecast<br>4/17/11 | Forecast<br>4/24/11 | Forecast<br>5/1/11 | Forecast<br>5/8/11 | Forecast<br>5/15/11 | Forecast<br>5/22/11 | First 15 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Restaurant | 1,722,309 | 1,822,475 | 1,784,814 | 1,612,306 | 1,558,379 | 1,530,719 | 1,491,562 | 1,491,562 | 1,403,100 | 1,405,843 | 1,403,100 | 1,403,100 | 1,446,319 | 1,483,037 | 1,473,829 | 23,032,454 |
| Royalties/Marketing Fund | 66,482 | 87,588 | 736,547 | 85,549 | 25,482 | 68,516 | 375,913 | 404,388 | 125,714 | 82,821 | 272,069 | 498,326 | 120,537 | 142,733 | 220,852 | 3,313,517 |
| Joint Venture |  |  |  | 8,583 |  |  |  |  |  |  |  | 28,583 |  |  |  | 85,749 |
| Sales Tax | 136,548 | 144,490 | 141,504 | 127,827 | 123,552 | 121,359 | 118,254 | 118,254 | 111,241 | 111,458 | 111,241 | 111,241 | 114,667 | 110,602 | 116,848 | 1,819,087 |
| Other Royalty Income/Allocation |  | 26,049 | 31,141 | 64,628 |  | 67,484 |  | 64,628 |  |  | 67,484 |  | 64,628 |  | 67,484 | 453,525 |
| Pepsi / Dr Pepper |  |  |  |  |  | 163,000 |  |  |  |  |  |  |  |  |  | 163,000 |
| **Cash Receipts** | **1,925,339** | **2,100,601** | **2,694,006** | **1,898,894** | **1,707,413** | **1,951,078** | **1,985,730** | **2,107,416** | **1,640,055** | **1,600,123** | **1,853,893** | **2,041,249** | **1,746,152** | **1,736,372** | **1,879,014** | **28,867,333** |
| Food / Liquor | (868,503) | (459,125) | 0 | (446,072) | (435,520) | (435,520) | (390,654) | (307,332) | (292,863) | (304,608) | (272,967) | (296,597) | (359,142) | (343,595) | (355,550) | (5,568,049) |
| Operating Supplies | (68,586) | 0 | (50,471) | (71,391) | (69,703) | (69,703) | (62,522) | (54,788) | (53,717) | (48,754) | (48,044) | (47,472) | (56,809) | (56,809) | (56,241) | (815,010) |
| Outsourcing Services |  | (29,829) |  | (26,228) |  | (24,636) | (24,636) | (24,636) |  | (24,636) |  | 28,583 |  |  | (24,636) | (179,237) |
| Corporate Payroll, Taxes & Bene | (5,403) | (184,719) | (142) | (180,429) |  | (117,379) | (66,550) | (117,379) | (66,550) | (117,379) | (66,550) | (117,929) | (60,000) | (117,929) | (60,000) | (1,278,338) |
| Restaurant Payroll, Taxes & Bene | (594,033) | (638,092) | (705,434) | (585,096) | (529,330) | (557,282) | (505,330) | (534,692) | (485,030) | (507,684) | (458,696) | (805,136) | (456,212) | (536,293) | (486,590) | (8,384,930) |
| Other Benefits | 0 | (111,015) | (76,851) | (193,670) |  | (170,526) | (170,526) |  | (193,670) |  | (170,526) | (193,670) | (193,670) | (170,526) | (170,526) | (1,280,453) |
| Insurance | 0 | (64,260) | (48,000) | (13,398) | 0 | (64,260) |  |  | (13,398) |  | (64,260) |  | (13,398) | 0 | (64,260) | (345,233) |
| Royalties | 0 | 0 | 0 | 0 | 0 | 0 |  |  | 0 | 0 | 0 |  |  | 0 | 0 | (518,366) |
| Advertising & Marketing | (2,547) | 0 | (52,547) | (2,547) | (5,764) | (111,469) | (5,764) | (5,764) |  | (179,887) | 818 | 818 | (9,039) | (9,039) | (143,305) | (525,218) |
| Utilities | 0 | (163,577) | (176,161) | (36,946) | 71,238 |  | (76,000) | (111,171) | (102,600) |  | (80,000) | (89,523) | (102,000) |  | (80,000) | (946,740) |
| Rent & CAM | 0 | 0 | (527,111) | (3,977) | (278,914) |  | (64,138) | (249,563) | (487,141) |  |  | (326,018) | (501,518) |  |  | (2,438,380) |
| POS Maintenance / Prop Taxes |  |  |  | (17,852) |  |  | (17,852) | (17,852) |  |  |  | (17,852) |  |  |  | (53,556) |
| Audit / ESOP |  |  |  |  | (50,000) |  | (14,000) |  |  |  |  |  |  |  |  | (64,000) |
| Company Stores Overhead Expenses | 0 | 0 | (49,746) | (45,746) | (31,346) | (31,346) | (28,857) | (28,857) | (28,857) | (49,840) | (49,840) | (49,840) | (49,840) | (49,840) | (49,840) | (543,796) |
| Repairs & Maintenance | 0 | 0 | 0 | 0 | (28,565) | (28,565) | (26,540) | (24,384) | (24,384) | (22,788) | (22,788) | (22,788) | (27,307) | (27,307) | (27,307) | (282,723) |
| Bank Fees / Legal | (25,000) |  | (25,000) | 0 |  |  |  |  |  |  |  |  |  |  |  | (50,000) |
| Copr-R&D/ Phone/Petty Cash | (100,000) | 100,000 | (20,000) |  |  |  |  | (34,684) |  |  |  |  | (34,301) |  |  | (88,985) |
| Sales Tax | 0 | 0 | (460,016) | (74,886) |  |  | (416,971) | (67,879) | 0 | 0 | 0 | (648,015) | 0 | 0 | 0 | (1,667,767) |
| Closure Costs |  |  | 0 | 0 | 0 | (83,632) | (90,678) | (66,678) |  |  |  |  |  |  |  | (240,988) |
| February Stub Rent |  |  |  |  |  |  |  | (607,429) |  |  |  |  |  |  |  | (607,429) |
| Credit Cards Processing | (1,601) | (115,500)(45,415) | (87,121) | (63,252) | (44,773) | (115,500)(54,511) | (49,249) | (52,258) | (31,308) | (88,000)(18,204) | (48,410) | (39,771) | (58,652) | (88,000)(56,957) | (42,577) | (407,000)(694,058) |
| **Operating Disbursements** | **(1,665,673)** | **(1,711,531)** | **(2,278,600)** | **(1,761,492)** | **(1,402,677)** | **(1,864,328)** | **(2,004,368)** | **(2,305,346)** | **(1,778,699)** | **(1,361,780)** | **(1,281,264)** | **(2,796,011)** | **(1,921,888)** | **(1,285,769)** | **(1,560,832)** | **(26,980,257)** |
| **Operating Cash Flow** | **259,666** | **389,070** | **415,406** | **137,402** | **304,736** | **86,749** | **(18,638)** | **(197,930)** | **(138,644)** | **238,342** | **572,629** | **(754,762)** | **(175,736)** | **450,603** | **318,182** | **1,887,075** |
| DIP Borrowing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DIP Repayment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net DIP Borrowing** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| Capital Expenditures | 0 | 0 | 0 | 0 | 0 | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (110,000) |
| Sr Lender Adequate Protection | 0 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |  |  |  | 0 |
| Other Adequate Protection |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0 |
| **Investing & Financing** | **0** | **0** | **0** | **0** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(10,000)** | **(110,000)** |
| Asset Sale Proceeds |  |  |  |  |  | 350,000 |  | 100,000 |  |  |  |  |  |  | 525,000 | 525,000 |
| Utility Deposits |  |  |  | (71,238) | (142,476) | (71,238) |  |  |  |  | 75,000 |  |  |  |  | (284,952) |
| Advertising and Marketing Deposit |  |  | (150,000) |  |  | (75,000) |  |  |  |  |  |  |  |  |  | (225,000) |
| Debtor's Counsel & Advisors |  |  |  |  |  | (20,000) |  |  |  | (20,000) |  |  |  |  | (20,000) | (60,000) |
| Committee Counsel & Advisors |  |  |  |  |  | (25,000) |  |  |  | (25,000) |  |  |  |  | (25,000) | (75,000) |
| Interest Payments to Lenders |  |  |  | 0 |  |  |  |  |  |  |  | 0 |  |  |  | 0 |
| US Trustee Fees |  |  |  |  |  |  |  |  |  |  |  | (20,000) |  |  |  | (20,000) |
| **Reorganization Cash Flows** | **0** | **0** | **0** | **0** | **(142,476)** | **158,762** | **(28,638)** | **100,000** | **(148,644)** | **(45,000)** | **75,000** | **(20,000)** | **0** | **0** | **(45,000)** | **(139,952)** |
| **Net Change in Cash** | **259,666** | **389,070** | **265,406** | **66,164** | **152,259** | **235,511** | **(28,638)** | **(107,930)** | **(148,644)** | **183,342** | **637,629** | **(784,762)** | **(185,736)** | **440,603** | **263,182** | **1,637,123** |
| Beginning Cash Balance | 1,467,069 | 1,726,735 | 2,115,805 | 2,381,211 | 2,447,375 | 2,599,634 | 2,835,145 | 2,806,508 | 2,698,578 | 2,549,934 | 2,733,277 | 3,370,906 | 2,586,143 | 2,400,407 | 2,841,010 | 1,467,069 |
| Net Change in Cash | 259,666 | 389,070 | 265,406 | 66,164 | 152,259 | 235,511 | (28,638) | (107,930) | (148,644) | 183,342 | 637,629 | (784,762) | (185,736) | 440,603 | 263,182 | 1,637,123 |
| **Ending Cash Balance** | **1,726,735** | **2,115,805** | **2,381,211** | **2,447,375** | **2,599,634** | **2,835,145** | **2,806,508** | **2,698,578** | **2,549,934** | **2,733,277** | **3,370,906** | **2,586,143** | **2,400,407** | **2,841,010** | **3,104,192** | **3,104,192** |
| Cash Equivalents |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Cash Equivalents | 1,726,735 | 2,115,805 | 2,381,211 | 2,447,375 | 2,599,634 | 2,835,145 | 2,806,508 | 2,698,578 | 2,549,934 | 2,733,277 | 3,370,906 | 2,586,143 | 2,400,407 | 2,841,010 | 3,104,192 | 3,104,192 |
| Accounts Receivable | 2,058,522 | 1,970,934 | 1,234,387 | 1,963,359 | 1,937,877 | 1,869,361 | 1,493,448 | 2,148,190 | 2,022,475 | 1,939,654 | 1,667,586 | 2,089,649 | 1,969,113 | 1,826,379 | 1,605,527 | 1,605,527 |
| Inventory | 617,000 | 617,000 | 573,276 | 519,835 | 519,835 | 485,827 | 485,827 | 485,827 | 466,394 | 466,394 | 466,394 | 466,394 | 466,394 | 466,394 | 466,394 | 466,394 |
| Cash Equivalents at Petition Date | 4,402,257 | 4,703,739 | 4,188,874 | 4,930,568 | 5,057,346 | 5,190,333 | 4,785,782 | 5,332,595 | 5,038,803 | 5,139,325 | 5,504,885 | 5,142,186 | 4,835,914 | 5,133,783 | 5,176,113 | 5,176,113 |
| | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 | 4,209,073 |
| **Change in Cash Equivalents** | **193,184** | **494,666** | **(20,199)** | **721,496** | **848,273** | **981,260** | **576,709** | **1,123,522** | **829,731** | **930,252** | **1,295,812** | **933,114** | **626,841** | **924,711** | **967,040** | **967,040** |

Case 11-41431    Doc# 92    Filed 03/16/11    Entered 03/16/11 14:45:15    Page 6 of 6