MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
MARIANNE M. DICKSON (CSBN 249737)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

The following constitutes
the order of the court. Signed April 15, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

MICHAEL ST. JAMES (CSBN 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Ste. 1004
San Francisco CA 94104
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Round Table Pizza, Inc.,<br><br>        Debtor. | Case No. 11-41431 RLE<br><br>(Jointly Administered with Case Nos. 11-41432 RLE, 11-41433 RLE, and 11-41434 RLE)<br><br>Chapter 11<br><br>**ORDER APPROVING EMPLOYMENT OF BANKRUPTCY CO-COUNSEL (McNutt Law Group LLP)**<br><br>Judge: Hon. Roger Efremsky<br>Date: April 1, 2011<br>Time: 10:00 a.m.<br>Place: 1300 Clay Street, 2nd Floor<br>          Oakland, California |

1   The AMENDED APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF
2   BANKRUPTCY CO-COUNSEL (MCNUTT LAW GROUP LLP) (the "Amended Employment
3   Application") of Round Table Pizza, Inc., The Round Table Franchise Corporation, Round Table
4   Development Company, and Round Table Pizza Nevada LLC, the joint debtors and debtors-in-
5   possession in the above captioned Chapter 11 reorganization cases (collectively "Round Table" or
6   the "Debtor") came before this Court for hearing as noticed.
7   The Court, having reviewed the Amended Employment Application, the supporting
8   Declaration, and all supporting and opposing arguments, it appearing that McNutt Law Group
9   LLP is disinterested and does not hold or represent any interest adverse to the above Debtors,
10  finding that notice of the Amended Employment Application is adequate under the particular
11  circumstances, and good cause appearing therefor,
12  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
13  1.  Under the circumstances, parties in interest have received adequate notice and an
14  opportunity to be heard.
15  2.  The Debtors be, and they hereby are, authorized to employ McNutt Law Group
16  LLP as its bankruptcy co-counsel pursuant to Section 327 *et seq.* of the Bankruptcy Code,
17  effective as of the Petition Date, February 9, 2011.
18  3.  The Debtors shall not disburse any compensation or expense reimbursement to
19  McNutt Law Group LLP absent a separate Order of the Court authorizing such disbursement.
20  * * * END OF ORDER * * *

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | *All registered ECF participants and :* |
| 4 | Retail Opportunity Investments Corp. |
| | Christopher L. Parnell |
| 5 | Carney Allen Higgins & Tongue LLP |
| | 851 SW Sixth, Suite 1500 |
| 6 | Portland, OR 97204 |
| 7 | |
| | Weingarten Stoneridge, LLC |
| 8 | c/o Weingarten Realty Investors |
| | 2600 Citadel Plaza Drive, Suite 125 |
| 9 | Attn: Jenny J. Hyun, Esq. |
| | Houston, TX 77008 |

3  ORDER APPROVING EMPLOYMENT
OF BANKRUPTCY CO-COUNSEL
(MCNUTT LAW GROUP)